THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
RUSSELL W. CHITTENDEN
Assistant United States Attorney
California State Bar Number: 112613
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2444
    Facsimile: (213) 894-7819
    Email: russell.chittenden@usdoj.gov

E-FILED 06/30/08
JS-6

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JIANPING LI,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY; JANE ARELLANO, DISTRICT DIRECTOR OF THE U.S. CITIZENSHIP AND IMMIGRATION SERVICES LOS ANGELES DISTRICT OFFICE; U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>    Defendants. | No. CV 08-1589 PSG (SSx)<br><br>ORDER DISMISSING ACTION [PROPOSED] |

1  IT IS HEREBY ORDERED that this action be dismissed without prejudice,
2  each side to bear it own costs.
3  DATED: __06/27/08____

## PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

-2-